# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kara Schmitt, <br><br> Plaintiff(s), <br><br> v. <br><br> Mandalay Bay LLC, <br><br> Defendant(s). | Case No. 2:24-cv-00196-ART-MDC <br><br> **Order** |

The undersigned has been assigned to this case as the evaluating judge with respect to the early neutral evaluation program. Docket No. 4. The local rules provide as follows:

> The evaluating magistrate judge has final authority to grant or deny any motion requesting exemption from the program and may exempt any case from early neutral evaluation on the judge's own motion. These orders are not appealable.

Local Rule 16-6(c). The case has been submitted to arbitration pursuant to the terms of the governing employment contract. *See* Docket No. 8. As the parties have already agreed to other alternative dispute resolution, the undersigned exempts this case from the early neutral evaluation program. The Clerk's Office is **INSTRUCTED** to remove the "ENE" flag and remove the undersigned from the case.

IT IS SO ORDERED.

Dated: September 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge